Form: ICB-12003-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) |
| ISABEL C. BALBOA   (IB-4082)<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38, SUITE 580<br>CHERRY HILL, NJ  08002-2977 |

Order Filed on 11/5/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

　　　GAILANN HOFFMAN

　　　　　　　　　　　　　Debtor(s)

Case No.:    10-28135-GMB

Hearing Date:

Judge:    Gloria M Burns

## ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2.00) is hereby **ORDERED**.

**DATED: 11/5/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Debtor:   GAILANN HOFFMAN
Case No.:   10-28135-GMB
Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having come before the court on the confirmation of the debtor(s) Chapter 13 plan, and good cause appearing, it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the debtor(s) failure to:

file required schedules, statements, plan and/or summary;

file a feasible plan, income and/or budget statement;

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $968.00 to be paid from funds on hand with the Chapter 13 Trustee.

*Approved by Judge Gloria M. Burns November 05, 2010*